DAVID N. BARRY, ESQ. (SBN 219230)
ELIZABETH QUINN, ESQ. (SBN 208919)
**THE BARRY LAW FIRM**
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, JASON FELLOWS

SCOTT S. SHEPARDSON, ESQ. (SBN 197446)
SHARON L. STEWART, ESQ. (SBN 235706)
**ONGARO PC**
1604 Union Street
San Francisco, CA 94123
Telephone: 415.433.3900
Facsimile: 415.433.3950

Attorneys for Defendant, FCA US LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON FELLOWS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-CV-01036-FMO-JC<br><br>*Assigned for All Purposes to the Honorable* **Fernando M. Olguin**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action Filed: December 19, 2019<br>Trial Date: April 20, 2021 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Jason Fellows and Defendant FCA US LLC (the "Parties"), jointly, write to advise this Court that the parties have resolved this matter at mediation. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

-1-

Once all terms of the settlement are completed and payment is received by the Plaintiff, and after payment of Plaintiff's attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 120 days.

Dated: October 5, 2020              **THE BARRY LAW FIRM**

By: /s/ David N. Barry
Attorneys for Plaintiff
JASON FELLOWS

Dated: October 5, 2020

**ONGARO PC**

By: /s/ Scott S. Shepardson
Scott S. Shepardson
Sharon L. Stewart
Attorneys for Defendant
FCA US LLC

-2-

JOINT NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2020, I filed the foregoing document entitled **JOINT NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ David N. Barry